### 25413. LATIMER v. PEOPLES LOAN & FINANCE CORPORATION et al.

GUERRY, J. In accordance with the ruling of the Supreme Court on certiorari of this case (183 *Ga.* 809, 189 S. E. 899), the former ruling of this court (53 *Ga. App.* 323) is vacated. The court did not err in striking the defendant's plea and in entering judgment against him. *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MARCH 6, 1937.

*Mozley & Latimer,* for plaintiff in error.
*George D. Anderson, Blair & Gardner, F. T. Wills,* contra.

### 25483. MAXWELL v. PIERCE et al.

GUERRY, J. 1. "Partners doing business under a trade-name that has not been registered as required by law, who have bought and paid for personal property and have taken from the owner a bill of sale therefor in such trade-name, may maintain an action in the trade-name against a tort-feasor who has seized and converted the property to his own use." *Maxwell* v. *Pierce,* 183 *Ga.* 859 (189 S. E. 847). Under the foregoing ruling, the court did not err in striking the amendment to the defendant's answer.

2. The special assignments of error in the motion for new trial are without merit.

3. The verdict in favor of the plaintiff was amply authorized by the evidence, and the refusal of a new trial was not error.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MARCH 6, 1937.

*Clayton Baker,* for plaintiff in error. *C. Maynard Smith,* contra.